Eric G. Calhoun SBN 300280
eric@calhounmorganlaw.com
Marty J. Nicholson SBN 290287
marty@calhounmorganlaw.com
Rhonda L. Morgan SBN 288920
rhonda@calhounmorganlaw.com
Calhoun & Associates
31630 Railroad Canyon Rd., Ste. 10
Canyon Lake, CA 92587
Telephone: (951) 434-7784
Facsimile: (844) 434-7774

*Attorneys for Plaintiffs,*
*Tiffany Woodard and Kim Pamatto*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY WOODARD AND KIM PAMATTO,<br><br>Plaintiffs,<br><br>vs.<br><br>BAY CITIES CREDIT UNION, DOES ONE through TEN, inclusive,<br><br>Defendants. | Civil Action No: 16-cv-01763-JCS<br><br>STIPULATION OF DISMISSAL |

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case be dismissed with prejudice, the parties to bear

- 1 -
STIPULATION OF DISMISSAL
CASE NO. 16-cv-01763-JCS

their own respective costs, including any attorney fees or other expenses of litigation.

Respectfully submitted,

Dated: December 6, 2016         CALHOUN & ASSOCIATES

/s/ Eric G. Calhoun

———————————————
ERIC G. CALHOUN
Attorney for Plaintiffs

Dated: December 6, 2016         KATTEN MUCHIN ROSENMAN LLP

/s/ Austin T. Beardsley

———————————————
AUSTIN T. BEARDSLEY
Attorney for Defendant

Pursuant to Local Rule 5-1 (i)(1)-(3), Eric G. Calhoun hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

Dated: December 6, 2016

/s/ Eric G. Calhoun

———————————————
ERIC G. CALHOUN
Attorney for Plaintiffs

Dated: 12/8/16

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA